IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KEVIN RAYE FANNING**,

        Petitioner,

    v.

**RICK COURSEY**,

        Respondent.

No. 3:10-cv-01566-HU

OPINION AND ORDER

**MOSMAN, J.**,

    On January 17, 2013, Magistrate Judge Hubel issued his Findings and Recommendation ("F&R") [45] in the above-captioned case, recommending that the Amended Petition for Writ of Habeas Corpus [6] be denied as untimely and that a judgment be entered dismissing this case with prejudice. Judge Hubel also recommended that I decline to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). Petitioner objected [47]. Respondent did not respond to petitioner's objections.

## DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Hubel's recommendation, and I ADOPT the F&R [45] as my own opinion.

IT IS SO ORDERED.

DATED this __14th__ day of March, 2013.

                                            /s/ Michael W. Mosman
                                            MICHAEL W. MOSMAN
                                            United States District Judge